Case number 15-5239 Washington Alliance of Technology Workers Appellant v. United States Department of Homeland Security Mr. Miano for the Appellant, Mr. Fresco for the Affiliate Good morning Good morning your honors, John Miano for the Washington Alliance of Technology Workers and with me is Dale Wilcox at the table May it please the court The central issue in this case your honor is whether the Department of Homeland Security has the authority to transform student visas into a guest worker program designed to supply labor to industry If we go straight to the statute What about the jurisdictional issue? I will be happy to answer your jurisdiction  Well our precedent for many years suggests that district court orders remanding to agencies are not final or otherwise reviewable in this posture I believe And we can question where that precedent came from but it's there, right? So what's your response to all that? My response here, this is what the district court said to the order The court will stay, the stay will last until February 12, 2016 during which time DHS can submit the 2008 rule for proper notice and comment DHS apparently determined that they're not submitting the 2008 rule for notice and comment So there will never be any subsequent rule making that arises out of this order There's a new, I mean they've gone in with a new approach entirely, right? I don't understand your question your honor Well, keep going The problem here I think is that the court has created kind of an unusual remedy here in between In the past where there has been a remand the court has said you will report back after a certain period of time You're to do a specific thing Here the court has used the term remand and I think maybe the court has used it without a lot of precision That in other cases here, for example the Hawaiian Long Lines Remand is a term we use a lot too where someone brings a challenge to an agency rule And we agree that there's some problem of some kind or another with the agency rule But we're not going to vacate the effectiveness of the agency rule Instead we're going to send it back to the agency for a fix or a do over or what have you But in the meantime the rule will continue in effect And when district courts do that we've said we're not going to review it until it comes back And then we look at the whole thing because it may never come back It's a rule of judicial efficiency arguably Well I absolutely understand your honor The problem is normally when a district court makes a remand they tell the agency to do something Here the district court has not told the agency to do anything at all I mean isn't that implied? I mean isn't it implied that the district court didn't send it back for no reason, for nothing to happen? And we do know what happened We do know what happened your honor What happened subsequently is DHS created a new rule separate from this And the order doesn't say DHS can create a new rule It doesn't mention a new rule at all But it doesn't prohibit DHS from doing a new rule But they did Why wouldn't the new rule then alternatively moot the case that you've brought before us? Your complaint is all about put aside the statute of limitations issues With the 1992 regulation It's all about an attack on 2008, 2011, 2012 All of which are, or at least is, within a week will be gone Judge Miller, that's not moot the case because the complaint attacks the entire policy Of allowing aliens to work on student visas when they're not students And when a complaint attacks a policy A subsequent rule making does not moot the case But the whole basis for deciding that, your challenge to the policy You'd have to challenge the current regulation And we'd have to decide the lawfulness of that policy on the basis of administrative record That we don't have before us Well your honor, for example here Under the 1992 regulations which we challenged Those regulations are still in effect The work authorization under the 2000 and the 1992 regulations remains in effect today Right, but those were barred by the statute of limitations Your honor, but not for being in excess of authority under the re-opener doctrine Well what are you saying re-opened here? The 2008 rule or the 2016 forthcoming rule? Which one is the re-opening? We have argued that by It is well established that if a plaintiff challenges both a specific agency action And the, oh sorry, wrong page your honor Where an agency reiterates a policy In such a way as to render the policy subject to a new challenge on any substantive grounds No, I get what the re-opener doctrine is I'm asking you which action you think is doing the re-opening The 2008 rule or the forthcoming 2016 rule? The 2008 rule, your honor, re-opened the 1992 regulations Whether it re-opened or not, it will disappear into the vapor So there will be nothing to challenge through There will be no 2008 rule to challenge as a re-opening of the 1992 issue Your honor, but the 1992 rule is still in effect The work authorization of the 1992 rule is still in effect Which is barred by the statute of limitations, is it not? Which was re-opened by the It can't be re-opened by a regulation that doesn't exist Well it exists right now, your honor Okay, if we don't issue an opinion by May 10th What happens to your re-opener argument then? It's again, it doesn't say that I've never seen that when something is re-opened again That a subsequent new rule moves the re-opening later on Because if that's the case, this could be going on forever and ever and ever Because we could challenge the new rule The adjusted to put out a new rule on appeal This is an action that's capable Can you seek a stay of the new rule? Excuse me Seek a stay of the new rule? Your honor, but then you would have to show irreparable harm To get a stay of the new rule Which is very high standard Our experience has been in the court That the district courts do not grant them here for this kind of thing Isn't there a separate jurisdictional problem here In that there's still a claim to be ruled upon by the district court Which is the arbitrary and capricious claim? Judge Wilkins, my understanding from the opinion Is that there's no intention of the court to rule on that I think it's typical that once the courts reach an outcome On a certain count that's going to decide the outcome So for example here, the court already decided That the rule was made without notice of comment Which normally requires a regulatory rule Which is the highest standard That ruling on arbitrary and capriciousness doesn't get us any farther We've already reached the end state with the notice of comment But you can't Go ahead I don't follow that argument Because the agency could have simply reissued the exact same rule As it did in 2008 But this time after having notice of comment And then you'd be back before the district court And even though you had lost on your other challenges Your Chevron, etc. challenges You would still have before the district court Pending the arbitrary and capricious count And the district court would have an obligation To adjudicate that count one way or the other Before there would be a final judgment that could come to us  But in this case, that happening is not going to occur The DHS, your honor, is not going to submit this rule Before notice of comment Well, you could still challenge the 2016 rule In the district court on arbitrary and capricious basis Right? Even if we assumed that the district court would Uphold the 2016 rule on Chevron and all the other grounds You could still have a live count in your complaint With respect to the arbitrary and capricious argument Right? Judge, look, I disagree Because I think that the new 2016 rules is a new lawsuit But there's nothing... Well, you can't have it both ways You can't tell us that the 2008 case is still open For purposes of re-opener doctrine For bringing forward your 1992 argument That it's still a live case there But that it's actually moot The 2008 rule doesn't exist For purposes of arbitrary and capricious challenges Once the argument is... Our argument is that the 2008 rule re-opened judgment On the 1992 rule It was made for various reasons Including reiterating the previous policy Also because the previous... The 1992 rules were not made with notice and comment And the issues are inseparable So they've been re-opened Now that they're re-opened It sounds like you're saying, your honor That once they put a new rule in place Now they're closed And the re-opener doesn't stay in place I thought you were saying that the re-opener doctrine Was keeping alive your challenge to this policy Through the 2008 rule The 2008 rule is the vehicle for challenging The 1992 policy Which is otherwise barred by the statute of limitations Is that correct? My understanding? No, your honor In the complaint The first three counts of the complaint Address the policy... No, I get that But re-opener doesn't mean that we go Okay, here's a new rule Now we'll ignore that 2008 rule And we'll actually go back And look at everything as if it was 1992 You look at it through The new rule that did the re-opening So you have to look at the policy Through either the 2008 rulemaking Or 2016 And you said not 2016 And if you mean 2008 Then you must think you have live claims Yes, your honor I would think we have live claims on the two... But then you're giving up You don't have an arbitrary and capricious challenge As well for that same theory? We have, your honor But it doesn't get... As I said, it doesn't get us anywhere With the arbitrary and capricious claim Because the district court has already said That it was made without notice and comment And without notice and comment Which means the rule would be vacated If the district courts were to say That the 2008 rule Was arbitrary and capricious as well Then the best that could happen Is that they could be vacated Which is the same thing, your honor Did you move for entry Of a final judgment in the district? There's no entry of a final judgment By the district court No, we did not make an entry Of a final judgment Because what you granted Was a partial summary judgment Granted in part, denied in part But granted on both sides And the only ones it didn't deal with Were issues that essentially I think would be considered redundant Well... Go ahead I don't believe that the doctrine says That if you bring a nine count complaint And there's no judgment on two of the counts That we just kind of ignore that And consider it to be a final judgment We need to see a judgment Entered in the district court As to all nine counts I mean, can you direct me As to why that understanding is wrong? Your honor, if that is your assertion The law, then I have to accept Your statement of the law What I would then ask If you think there's a jurisdictional issue What gets us to a final judgment In this case? At the time the appeal was filed Cases marked closed in the ECF system There's no provisions for future events In the opinion It looks like a duck Quacks like a duck and waltz like a duck here Sorry, you said Is there an entry in the docket that says it's closed? Because I did not see that in the docket But if I've missed it If you go into the ECF system It says case closed And it said that when we filed the appeal You wanted to say a couple things on the merits We'll give you time for rebuttal But do you want to say a couple things on the merits? I'll try There are two I guess I'll try to keep it short I mean, the basic The issue here It was started Is whether the Department of Homeland Security Has the authority to transform a student visa Into a guest worker program That under the statute A student visa status That defines a bona fide student Solely pursuing a course of study At an approved academic institution That will report termination of attendance So then it's clearly someone attending school However, the regulations of the issue Allow people to remain on student visas For years after graduation And then work For the very purpose of providing labor to industry Which is incompatible with being a student What I briefly would say Is the implications of this Under the district court's holding That the definition of student visa status Is ambiguous That it could be interpreted as just an entry requirement Where the agency is free to do what it wants Once it gets here Under that interpretation Every single protection for American workers In the entire immigration system Can be wiped out through regulation DHS can simply say Come here on a tourist visa And work Plus it creates the absurd situation Where you have Congress and DHS Legislating cross purposes That Congress has said That has created a visa category For this very type of labor Put specific limits on the numbers of workers Created an additional category Of quota for foreign students And then DHS says Oh, we don't like what Congress did So we're going to circumvent that Okay We'll hear from your opposing counsel And we'll give you time back for rebuttal It would be possible to make one other issue I know we're going over time I'll try to be I would like to briefly explain How these regulations work And this is related to the Reopener Doctrine And the way the system works Is under the 1992 regulations The alien can work for one year The 2008 regulations Extended that so the alien could work For up to about 35 months Depends on certain circumstances So the 1992 regulations Are in effect to this day The work authorization for the 1992 regulations Is in effect to this day And will continue under the new regulations So the district court said There was no standing to challenge The entire policy of aliens Working on student visas And the effect of that Is that we don't have standing To challenge the first year That the alien works on the student visa But we do have standing to challenge The second and third years Which doesn't make any sense Because the injuries are absolutely identical Okay, thank you Thank you, your honor Good morning, your honor May it please the court My name is Leon Fresco From the Department of Justice I have my colleagues Glenn Gertory and Erez Rene with me today Your honor, while we're certainly Happy to discuss any part of the merits Of this case I think at this point We'd like to begin by saying That this lawsuit is no longer viable How and when can they challenge? Well, I think, your honor, now What they see is A flagrantly unlawful program Yes, your honor I think, as my brother counsel Just indicated When he talked about Finding irreparable harm He's going to need to find Individuals in the United States Who he claims are harmed By the 2016 rule Which he's going to sue about Regardless of what would happen In this litigation If this court were to say That the 2008 rule was perfectly fine He's still going to file a lawsuit anyway Under the 2016 rule That lawsuit is inevitable So he would find American workers Who he claims have been harmed By the 2016 rule And he would file that lawsuit And he could argue again He could argue Even though the 2008 rule Certainly didn't reopen the 1992 rule He could argue it again What is the status of the 2008 rule? The 2008 rule will be gone In its entirety in six days On May 10th, your honor Okay, and that's complete It has no effect at all It has no effect It's been replaced by An entirely new program And that entirely new program They can seek a stay Or injunction, temporary They could file that right now And they've had it As my brother counsel said They've done that in the past But they're going to need to find Which we don't think they found In the prior case But in their subsequent case An American worker Who they claim will actually be harmed By this 2016 rule That's what they'd have to do And this 2016 rule Is a substantive Any American worker Who would have been a competitor For one of these jobs Will be harmed Well, this would clearly be An issue for adjudication Your honor Sure, my understanding though Is pretty well established Well, I think your honor Again, if we want to get into The standing question In this case If it's up to you Let's stick with the finality But the point is They can file that lawsuit Certainly, and they could Argue the same They could say Just like they claim That the 2008 law reopened 1992 They could make that same claim About the 2016 rule That it reopened And they're frustrated Understandably Because they keep Challenging something And it feels like They prevailed And then But they didn't really prevail Well, your honor They only prevailed On the notice and comment part They didn't prevail Well, only I mean, the agency Violated the law And how that problem Well, yes, your honor And so If one could look at that On either side of the coin They prevailed The 2008 rule That they detested No longer existed So there's no point In continuing With this litigation Because that rule No longer exists Now It's replaced by a rule That from their perspective Is worse But I guess I mean, that's For future litigation Well, yes, your honor Not only is it For future litigation But it is Just for the court's Understanding It is a substantively Different rule The employers now Have to basically Turn into educators And have to have An educational plan In place Before one of these OPT extensions Is going to be approved So they have to have It's kind of like You know The whole law firm Summer internship Type thing But even more Even more than that Where they sort of say We're going to give you I would guess The best example Would be like A judicial clerkship In a sense Where you're an employer And an educator And that's what's Going to have to happen I don't know Clerks aren't students Well, they're not students But it's certainly A vital part of their One would say that In the law That's recognized In the merits But the word In the statute Student To call people Who are working Full time job Students Is Well, there are There are Most of the language Well, there are many Your honor There are many Placements Within this OPT There are research grants So for instance I finished my degree At let's say Stanford And it's a science degree And they say Okay Now we're going to Give you a position At Stanford To conduct research On this very thesis That you've done And that is A quasi student Type of That's not That's not the situation They're complaining about What they're complaining about Is People Who have graduated From school Or finished their course work Who are allowed to stay In the United States For up to three years And replace American workers For these jobs As an end run Around the H-1 Visa category Which is capped By Congress   By the executive branch Because the executive branch Under multiple administrations Doesn't like the H-1 Capped Because it's Under the H-1 VISA Category And so Because it limits The number of foreign workers Nor does Silicon Valley Like the H-1 Cap That's certainly Their complaint Your honor And my only response Obviously we know About the justiciability issues But my only response Substantively would be That the H-1 V As it exists today Was invented in 1990 And the ability For students to do What you have said As an end run Around the statute Has existed since 1947 Students have been able Since 1947 After they graduate To obtain employment Related to their field I don't need to rehearse All this But Silicon Valley Complained about the limits On this In the 2000s Right on the H-1 And proposed To the prior administration Just expand this F-1 And just call them all students And keep them here For three years I would say That that description Is a partial description Of what happened It wasn't just Silicon Valley  It was members of Congress I know I know It was many states So certainly there was This rendition in the papers There was this This rendition in the papers There was this rendition You can see the record It came out of A Microsoft dinner Right, right There was this And that Microsoft dinner Was in 2007 Just as an example If you wanted to search You could find op-eds In the Minneapolis Tribune Or whatever the paper is In 2005 We should let students Work for longer You know You could go to Congressional research Service papers From the early 2000s That talk about We should let students Work for longer In the OPT status Which one Shows that Congress Knows about this Because these are In Congressional research Well Congress Knows about it Have they ever Approved this? Has the administration Or the prior administration Ever proposed this to Congress? I think the 1990 statute Which said And authorized People to work Off campus Not in a Part of their field Of their major Was clearly Tailoring legislation Around the fact That they knew There was a reg Available that Allowed for Practical training For education Geared toward Their major That's why It was not It was drafted That way It wouldn't make Any sense To create Only educational Opportunities For students That were Not related To their major That would be A very bizarre Statute Why confine it To the STEM Category? If this really Is because We want people To be able To have that Hands on Learning experience Why wouldn't it Apply to teachers Who need to be Teacher's aides? Why confine   Category? I think it is An important Point to say That as Judge Kavanaugh Recognized This is not A limitless Boundless Statute that Allows people To work for All people For all Purposes There is Something unique About the STEM fields That require More of An ability To get Practical training You know It's one Thing to say I'm learning About Do the Agencies Find that? That teachers Don't actually Need to be Teacher's aides In the Classrooms? So the 2016 rule Goes through All of this And says Here are The nature The lengths Of grants That happen For scientific Research I'm not Disputing that You have A theory For that You have The STEM Category That's Utterly irrelevant And there is No such Hands-on Learning Opportunity Well no There's 12 months Right now For everybody So if your Major wasn't Sociology You can do 12 months Of sociology Why don't Sociologists Or teachers In training Need 24 Months Or 48 Months? I think That was Just a Policy Choice Your Honor That the Agency Made Pedagogically Grounded Policy Choice Or the Demand From the Employers Again That's Not Discussed In the 2008 Rule It's Discussed In the 2016 Rule And I Don't Know About The Tethering Of The Length Of Time To The Tasks That Are Needed To Perform To Get The Practical Experience That You Would Get Under Your Educational Background So I Take Your Honor's Point That That Is Not Discussed In The 2008 Rule But That Doesn't Make The 2008 Rule Illegal In The End Because Not Discussed In The End Because In The End Because That Is Not Discussed Not Discussed In The 2009 Rule But That Is 2007 Rule But That Is Not Discussed In The 2008 Rule But          That Is Not Discussed In The 2008 Rule But That Is Not Discussed In The 2007 Rule But That Is     2008 Rule But That    In The 2008 Rule But That Is Not Discussed In The 2007 Rule But That Is Not Discussed By Anybody Else Who Wants  BE Different Is There Nothing More Too Sorry About That In 2016 Rule But That Is Not True Why Is The 2008 Rule Actually In Effect Because In Other Words What If The District Court Didn't Have Jurisdiction To Extend Its Stay Of The 2008 Rule Why Is The District Court Didn't  Jurisdiction To Extend Its Stay Of The 2008 Rule Why Is The District Court Didn't The District Court Didn't   Extend Its Stay Of
judges: Kavanaugh, Millett, Wilkins